**Robert PARNELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47848, WD 49233.**

Missouri Court of Appeals, Western District.

Jan. 31, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 1995.

Larry C. Pace, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### *ORDER*

PER CURIAM:

Consolidated appeal from convictions of two counts of sodomy, § 566.060, RSMo 1986, and one count of rape, § 566.030.3 RSMo 1986, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).